# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS OBUJEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CDC, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01308-AWI-SMS PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A REGULAR CIVIL IFP APPLICATION<br><br>ORDER REQUIRING PLAINTIFF TO EITHER PAY $350.00 FILING FEE IN FULL OR FILE REGULAR CIVIL IFP APPLICATION WITHIN THIRTY DAYS |

　　　　Plaintiff Douglas Obujen ("plaintiff") is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 6, 2007, but has not yet paid the filing fee or been granted leave to proceed in forma pauperis. Although plaintiff was incarcerated when he filed this action, plaintiff is no longer in custody. For this reason, plaintiff must submit a regular civil in forma pauperis application. In the alternative, plaintiff may pay the filing fee in full.

　　　　1.　　The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

　　　　2.　　Within **thirty (30) days** from the date of service of this order, plaintiff shall either pay the $350.00 filing fee in full or file a regular civil application to proceed in forma pauperis; and

　　　　3.　　The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:　October 12, 2007**　　　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE